J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Polaris Boats, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: LAS VEGAS BOAT HARBOR, INC., a Nevada Corporation, as owner of a certain 2018 Bennington Marine model 25SSRCX Half Admiral Pontoon Boat, No. 2449, HIN ETWF9242D818, for exoneration from or limitation of liability, <br><br> Petitioner. | CASE NO: 2:20-cv-01457-JAD-VCF |

**NOTICE OF POLARIS BOATS, LLC'S CLAIMS**

POLARIS BOATS, LLC hereby submits its Claims and alleges as follows:

1.  Polaris Boats, LLC (hereinafter "Polaris") is a limited liability company with its principle place of business in Minnesota.

2.  Upon information and belief, Leslie Burns, Plaintiff in the underlying action (hereinafter "Ms. Burns" or "Plaintiff") is an individual and a Nevada resident.

3.  Petitioner Las Vegas Boat Harbor, Inc. ("LVBH") is a Nevada corporation with its principal place of business in Clark County, Nevada. LVBH rents various watercrafts on Lake Mead through the fictitious firm name "Boating Lake Mead." LVBH rented the pontoon boat and motor at issue in this case.

4.  Whenever it is alleged in these claims that LVBH did any act or thing, it is meant

1

KNW 26346

that LVBH's officers, agents, servants, employees, or representatives did such act or thing and at the time such act or thing was done, it was done with the full authorization or ratification of LVBH or was done in the normal and routine course and scope of business, or with the actual, apparent and/or implied authority of LVBH or its subsidiaries' officers, agents, servants, employees, representatives.

5.   At all times material to the Claims, the acts and omissions giving rise to this action occurred in Clark County, Nevada.

6.   Plaintiff has alleged that on or about July 2, 2019, LVBH rented a 2018 Bennington Marine model SX25 to Plaintiff and her friends.

7.   Plaintiff has alleged that LVBH required only three of the nine group members to watch a safety video and did not require any member of the group to possess a boating education card, as required by NRS § 488.750.

8.   Plaintiff has alleged that she sustained injuries from the propeller on the boat rented from LVBH, including the amputation of her right leg.

9.   Plaintiff has alleged that LVBH's failure to provide adequate training and warnings to the users and operators of its boat constituted a dangerous condition that caused or contributed to her injuries.

10.   On or about July 9, 2019, Plaintiff's counsel sent a letter of representation to LVBH, informing it that Plaintiff had retained counsel to represent her interests. The letter also requested that LVBH preserve any evidence relevant to litigation and provide insurance declarations for any policies that might be liable to satisfy a judgment.

11.   Counsel for LVBH responded on September 11, 2019, on which Defendant Polaris was copied. In this communication, LVBH acknowledged that it received the letter of representation on or about July 9, 2019. LVBH also acknowledged the claim and stated it would

preserve the relevant evidence for inspection. This correspondence contained a claim number and classified the case as "pre-litigation."

12. The subject pontoon boat was inspected on September 17, 2019, by representatives for Plaintiff, LVBH, Polaris and Mercury Marine.

13. Plaintiff sent a formal demand correspondence on May 14, 2020, to LVBH, Polaris and Mercury Marine.

13. Plaintiff filed a complaint in the Eighth Judicial District Court for Clark County, Nevada on June 30, 2020, naming LVBH and improperly naming entities Mercury Marine, Inc., and Bennington Marine, LLC, on June 30, 2020. Plaintiff filed an amended complaint on July 17, 2020, properly identifying Mercury Marine as a division of Brunswick Corporation and Polaris Boats, LLC.

14. LVBH filed a Complaint for Exoneration from Liability or Limitation of Liability and an Application for Issuance of Order Directing Notice of Limitation and Enjoining Suits on August 6, 2020.

15. The Limitation of Liability Act (LOLA) requires a boat owner to bring an action to limit its liability within six months of receiving notice of a claim.

16. LVBH was required to bring a limitation action by January 9, 2020, for the LOLA to apply to its claim.

17. LVBH's Complaint for Exoneration from Liability or Limitation of Liability and Application for Issuance of Order Directing Notice of Limitation and Enjoining Suits were untimely.

. . .

. . .

. . .

KNW 26346

18. Polaris anticipates Claims against LVBH including, but not limited to, indemnification and contribution arising from the incident that is the subject of Plaintiff's underlying complaint.

**PRAYER FOR RELIEF**

WHEREFORE, Polaris Boats, LLC, prays for judgment against Petitioner Las Vegas Boat Harbor, Inc., dismissing its Complaint for Exoneration or Limitation of Liability with prejudice.

Dated this 20th day of August, 2020

ALVERSON TAYLOR & SANDERS

*/s/ Karie N. Wilson*

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Polaris Boats LLC

4

KNW 26346

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 20th day of August, 2020, service of the above and foregoing **NOTICE OF POLARIS BOATS, LLC'S CLAIMS** was made by electronically filing a true and correct copy of the same to each party addressed as follows:

| | |
|---|---|
| Donald J. Campbell, Esq. | Steve T. Jaffe, Esq. |
| djc@cwlawlv.Com | sjaffe@lawhjc.com |
| Samuel R. Mirkovich, Esq. | Taylor E. Anderson, Esq. |
| srm@cwlawlv.Com | tanderson@lawjhc.com |
| Molly M. Higgins, Esq. | HALL JAFFE & CLAYTON |
| mmh@cwlawlv.com | 7425 Peak Drive |
| CAMPBELL & WILLIAMS | Las Vegas, NV 89128 |
| 700 South Seventh Street | 702-316-4111 Phone |
| Las Vegas, Nevada 89101 | Attorneys for Defendant |
| 702-382-5222 Phone | Las Vegas Boat Harbor, Inc. |
| Attorneys for Plaintiff | |

Dawn Davis, Esq.
ddavis@swlaw.com
SNELL & WILMER LLP
3883 Howard Hughes Parkway #1100
Las Vegas, Nevada 89169
702-784-5252 Phone
Counsel for Mercury Marine, a Division of Brunswick Corporation

*/s/ Amanda Lockwood*
_____
Employee of ALVERSON TAYLOR & SANDERS

k:\z-client\26346\pleadings\220-cv-01457-jad-vcf\notc of claims.docx