STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Las Vegas Boat Harbor, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: LAS VEGAS BOAT HARBOR, INC., a Nevada corporation, as owner of a certain 2018 Bennington Marine model 25SSRCX Half Admiral Pontoon Boat, No. 2449, HIN ETWF9242D818, for exoneration from or limitation of liability,<br><br>Petitioner, | CASE NO.  2:20-cv-01457-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER LAS VEGAS BOAT HARBOR TO RESPOND TO MOTIONS TO DISMISS (ECF Nos. 9 & 16)**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED by and between the parties herein that Petitioner Las Vegas Boat Harbor shall have a one week extension from September 1, 2020 to September 8, 2020, to file responses to Claimant Leslie Burns' Motion to Dismiss (ECF No. 9) with joinder by Polaris Boats, LLC (ECF No. 18) and Claimant Polaris Boats, LLC's Motion to Dismiss (ECF No. 16).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED: August 31, 2020.

**HALL JAFFE & CLAYTON**

By: /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
7425 Peak Drive
Las Vegas, NV  89128
*Attorneys for Petitioner*

DATED: August 31, 2020.

**CAMPBELL & WILLIAMS**

By: /s/ Samuel Mirkovich
DONALD CAMPBELL, ESQ.
Nevada Bar No. 1216
SAMUEL MIRKOVICH, ESQ.
Nevada Bar No. 11662
MOLLY M. HIGGINS, ESQ.
Nevada Bar No. 15246
700 S. Seventh St.
Las Vegas, NV 89101
*Attorneys for Leslie Burns*

DATED: August 31, 2020.

**ALVERSON TAYLOR & SANDERS**

By: /s/ Karie N. Wilson
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV  89149
*Attorneys for Polaris Boats, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that the deadline for petitioner's response to the pending motions to dismiss [ECF Nos. 9, 16] is extended to 9/8/2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

2